# UNITED STATES COURT OF APPEALS

# FOR THE FOURTH CIRCUIT

In the Matter of the Appointment of                  *          1:06m07

Patrick Michael Flatley as a Bankruptcy            *

Judge                                                     *

# ORDER

On behalf of the above-entitled Court, and in accordance with 28 U.S.C. § 152, Section 120 of Public Law 98-353, and the regulations promulgated by the Judicial Conference of the United States

IT IS ORDERED THAT Patrick Michael Flatley be and he is hereby is appointed as a Bankruptcy Judge for the Northern District of West Virginia to serve a term of office of 14 years, effective February 13, 2006, at an annual salary authorized by law.

FOR THE COURT

*William W. Wilkins*
William W. Wilkins
Chief Judge

Date: January 20, 2006

**FILED**

JAN 2 0 2006

U.S. Court of Appeals
Fourth Circuit

AO 79B
(Rev. 1/91)

**UNITED STATES COURT OF APPEALS**

# APPOINTMENT OF UNITED STATES BANKRUPTCY JUDGE

__Patrick Michael Flatley__ is appointed as a United States Bankruptcy Judge
(Name as it is signed below)

for the following: __Northern District of West Virginia__
(Name of District)

in the __Fourth Circuit__ at __Wheeling, West Virginia__
(Name of Circuit)       (Location)

_____   (Vice  __L. Edward Friend, II__ )
(Effective Date of Appointment)         (Previous incumbent)

I hereby certify that the above-named individual was selected and appointed in accordance with 28 U.S.C. §152, section 120 of Public Law 98-353, and the regulations promulgated by the Judicial Conference of the United States.

__William W. Wilkins__ (Signature of Appointing Officer)   __Chief Judge__ (Title)   __January 20, 2006__ (Date)

## A. Oath of Office as Bankruptcy Judge

I, __Patrick Michael Flatley__, do solemnly swear (or affirm) that I will administer justice without respect to persons, and do equal right to the poor and the rich, and that I will faithfully and impartially discharge and perform all duties incumbent upon me as a United States Bankruptcy Judge under the Constitution and laws of the United States; and that I will support and defend the Constitution of the United States against all enemies, foreign and domestic; that I will bear true faith and allegiance to the same; that I take this obligation freely, without any mental reservation or purpose of evasion; and that I will well and faithfully discharge the duties of the office on which I am about to enter. So help me God.

## B. Affidavit As To Striking Against The Federal Government

I am not participating in any strike against the Government of the United States or any agency thereof, and will not so participate while an employee of the Government of the United States or any agency thereof.

## C. Affidavit As To Purchase And Sale Of Office

I have not, nor has anyone acting in my behalf, given, transferred, promised or paid any consideration for or in expectation or hope of receiving assistance in securing this appointment.

## D. Affidavit As To Emolument From Foreign State

I will not accept, nor am I accepting any present emolument, office or title, of any kind whatever, from any King, Prince, or foreign State.

## E. Affidavit As To Personal History And Experience And Qualifications Statements

The answers given in the Personal History and Experience And Qualifications Statements on the reverse of this form are true and correct to the best of my knowledge and belief.

__Pat. M. Flatley__
(Signature of Appointee)
(Name will be carried on personnel and payroll records as signed)

Subscribed and sworn (or affirmed) before me this __20th__ day of __September__, 20 __05__
at __Wheeling__, __West Virginia__
(City)  (State)

[SEAL] OFFICIAL SEAL NOTARY PUBLIC STATE OF WEST VIRGINIA JOYCE A. SIZEMORE UNITED STATES ATTORNEY'S OFFICE P.O. BOX 591 WHEELING, WV 26003 My commission expires September 9, 2013

__Joyce A. Sizemore__
(Signature of officer)
__Data Analyst__
(Title)

Note: The words "So help me God" in the oath and the word "swear" wherever it appears above should be stricken out when the appointee elects to affirm rather than swear to the affidavits; only these words may be stricken and only when the appointee elects to affirm the affidavits. If additional space is needed to address any of the questions on the reverse side of this form, attach an additional sheet of paper and reference the appropriate item number(s).

# OATH OF OFFICE FOR UNITED STATES JUDGES
(Title 28, Sec. 453, Sec. 3331, United States Code)

I, **Patrick Michael Flatley**, do solemnly swear (or affirm) that I will administer justice without respect to persons, and do equal right to the poor and to the rich, and that I will faithfully and impartially discharge and perform all the duties incumbent upon me as **United States Bankruptcy Judge for the Northern District of West Virginia** under the Constitution and laws of the United States; and that I will support and defend the Constitution of the United States against all enemies, foreign and domestic; that I will bear true faith and allegiance to the same; that I take this obligation freely, without any mental reservation or purpose of evasion; and that I will well and faithfully discharge the duties of the office on which I am about to enter. *SO HELP ME GOD*

Subscribed and sworn to (or affirmed) before me this 12th day of March, 2006

_Patrick M. Flatley_
12 March 2006

| | |
|---|---|
| Actual abode | WHEELING, WEST VIRGINIA |
| Official station | WHEELING WEST VIRGINIA |
| Date of birth | AUGUST 9, 1954 |
| Date of entry on duty | MARCH 12, 2006 |