IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

IN RE:

DESIGNATION OF PATRICK M. FLATLEY
AS CHIEF BANKRUPTCY JUDGE FOR THIS
JUDICIAL DISTRICT

MISCELLANEOUS NO. 1:06-mc7

### ORDER

Pursuant to Title 28, United States Code, Section 154(b), it is **ORDERED** that Patrick M. Flatley be **DESIGNATED** as Chief Judge of the United States Bankruptcy Court for the Northern District of West Virginia, for an indefinite period remaining until further order of this Court.

The Clerk is **DIRECTED** to enter this Order in the records of this Court. The Clerk is **FURTHER DIRECTED** to transmit a certified copy of this Order to the Clerk of the Bankruptcy Court for this District, to the Director of the Administrative Office of the United States Courts, and to the Office of the Circuit Executive of the Fourth Circuit Court of Appeals.

ENTERED this 24th day of May, 2006.

IRENE M. KEELEY
CHIEF JUDGE, UNITED STATES DISTRICT COURT